**316**

**John ALICE d/b/a John Alice Export Company, Plaintiff-Appellant,**

v.

**ROBETT MANUFACTURING CO., Inc., Defendant-Appellee.**

**No. 71–1095.**

United States Court of Appeals, Fifth Circuit.

June 4, 1971.

Archer D. Smith, III, H. William Constangy, Nolan B. Harmon, Harmon & Smith, Atlanta, Ga., for appellant.

John L. Westmoreland, James M. Crawford, Westmoreland, Hall & Bryan, Atlanta, Ga., for appellee.

Before GEWIN, BELL, and MORGAN, Circuit Judges.

PER CURIAM:

We conclude that the judgment of the district court in this matter is correct. See Alice v. Robett Manufacturing Co., Inc., N.D. Ga., 1970, 328 F.Supp. 1377.

Affirmed.

---

**Emmett E. DOHERTY and Mary Ellen Doherty, Husband and Wife, Appellants,**

v.

**Louis F. CONIGLIO et al., Appellees.**

**No. 25256.**

United States Court of Appeals, Ninth Circuit.

Aug. 10, 1971.

John Peter Lee (argued), Las Vegas, Nev., for appellants.

Charles W. Deaner (argued), Deaner, Butler & Adamson, Las Vegas, Nev., for appellees.

Before CHAMBERS and MERRILL, Circuit Judges, and CROCKER, District Judge.

PER CURIAM:

The judgment of the district court is affirmed.

We agree with the district court that the escrow instructions signed by the parties constituted a binding obligation ab initio to sell and to buy.

It is our view that until March 4, 1968, the buyers could have terminated the contract by a refusal to approve the "restrictions," using the reasons they ultimately used. But they did it too late when they disapproved on March 18, 1968.